**Order filed October 17, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00570-CV

_____

## IN THE MATTER OF R.A., Appellant

**On Appeal from the County Court at Law No 3
Fort Bend County, Texas
Trial Court Cause No. 07-CJV-013620**

## O R D E R

This appeal was abated for the court to reconsider its previous ruling requiring non-public registration as a sex offender, which was signed June 22, 2011. A hearing was held on March 5, 2013. After the hearing, the trial court signed a new order denying reconsideration and ordering non-public registration as a sex offender. To date, our record has not been supplemented with the new order. Accordingly, we issue the following order, pursuant to Tex. R. App. P. 34.5(c).

The Fort Bend County Clerk is directed to file a supplemental clerk's record on or before **October 31, 2013**, containing the trial court's order denying

reconsideration of its order requiring non-public registration as a sex offender, which was signed on or about March 5, 2013.

If the omitted item is not part of the case file, the clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM